1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DELIA H.,<br><br>        Plaintiff<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:21-cv-0467-SPG-GJS<br><br>**ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report").  The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.  The Court accepts the findings and recommendations set forth in the Report.

**IT IS HEREBY ORDERED** that (1) the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Report and Recommendation; and (2) Judgment be entered accordingly.

DATE: October 31, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE