# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Delia G Hernandez,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:21-cv-00467-GJS<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of NINE THOUSAND DOLLARS AND 00/100 ($9,000.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920. be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: February 23, 2023

_____
HON.   GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE